```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 20-00681-RNO
Latasha S. Calloway                                                 Chapter 13
         Debtor                       CERTIFICATE OF NOTICE

District/off: 0314-5            User: AutoDocke            Page 1 of 2            Date Rcvd: Mar 04, 2020
                                Form ID: asextnd           Total Noticed: 26
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 06, 2020.
```
db             +Latasha S. Calloway,    PO Box 17,    Effort, PA 18330-0017
5305114        +Abc Bail Bonds, Inc.,    Schacter Portnov, LLC,    3490 Route 1, Suite 6,
                 Princeton, NJ 08540-5920
5305119       ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
                 (address filed with court: Continental Finance,    PO Box 8099,    Newark, DE 19714-8099)
5305122        +Fedloan Servicing,    P.O. Box 69184,    Harrisburg, PA 17106-9184
5305123         First Premier Bank,    P.O. Box 5524,    Sioux Falls, SD 57117-5524
5305124        +Joseph A. Magotch, DDS PA,    114 W. Mount Pleasant Ave.,    Livingston, NJ 07039-2932
5305125        +KML Law Group, P.C,    Suite 5000, BNY Mellon Independence Ctr.,    701 Market St.,
                 Philadelphia, PA 19106-1538
5305127        +Law offices of Tullio DeLuca,    381 N. 9th Avenue,    Scranton, PA 18504-2005
5305129         M&T Bank,    P.O. Box 1058,    Buffalo, NY 14240
5305132        +PHEAA/Fed Loan Servicing,    P.O. Box 60610,    Harrisburg, PA 17106-0610
5305133         PPL Electric Utilities,    827 Hausman Rd.,    Allentown, PA 18104-9392
5305135        +Trojan Professional Service,    4410 Cerritos Ave.,    Los Alamitos, CA 90720-2549
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5305113        +E-mail/Text: bruder@abcbail.com Mar 04 2020 19:08:36     ABC Bail Bonds,
                 215 West Bridge Street,    Morrisville, PA 19067-7118
5305115        +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Mar 04 2020 19:08:04
                 Americredit Inc., dba GM Financial,    P.O. Box 183853,    Arlington, TX 76096-3853
5305116        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 04 2020 19:15:03     Capital One,
                 PO Box 30285,    Salt Lake City, UT 84130-0285
5305117        +E-mail/Text: bk@coastprofessional.com Mar 04 2020 19:08:11     Coast Professionaql,
                 4273 volunteer Rd.,    Geneseo, NY 14454-9444
5305118         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 04 2020 19:08:06
                 Comenity Bank/Victoria's Secret,    Bankruptcy Dept.,    P.O. Box 182125,
                 Columbus, OH 43218-2125
5305120        +E-mail/PDF: creditonebknotifications@resurgent.com Mar 04 2020 19:15:05     CreditOne,
                 P.O. Box 98873,    Las Vegas, NV 89193-8873
5305121         E-mail/Text: mrdiscen@discover.com Mar 04 2020 19:07:58     Discover Bank,    P.O. Box 3025,
                 New Albany, OH 43054-3025
5305128         E-mail/Text: camanagement@mtb.com Mar 04 2020 19:08:05     M&T Bank,    1100 Wehrle Drive,
                 Williamsville, NY 14221
5305130        +E-mail/PDF: MerrickBKNotifications@Resurgent.com Mar 04 2020 19:15:28     Merrick Bank,
                 P.O. Box 9201,    Old Bethpage, NY 11804-9001
5305131         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 04 2020 19:08:10     PA Dept. of Revenue,
                 Bankruptcy Division,    Dept. 280946,    Harrisburg, PA 17128-0496
5307754        +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 04 2020 19:15:06     PYOD, LLC,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
5305134        +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 04 2020 19:15:06
                 Resurgent Capital Services,    P.O. Box 19008,    Greenville, SC 29602-9008
5305136        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 04 2020 19:07:55
                 Verizon Bankruptcy Dept.,    500 Technology Drive,    Suite 550,    Weldon Spring, MO 63304-2225
5305137        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 04 2020 19:15:30
                 Verizon by American Infosource, LP,    as agent,    4515 Santa Fe Ave.,
                 Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5305126*       +Latasha S. Calloway,    PO Box 17,    Effort, PA 18330-0017
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2020                              Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2020 at the address(es) listed below:

```
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          Tullio   DeLuca    on behalf of Debtor 1 Latasha S. Calloway tullio.deluca@verizon.net
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                TOTAL: 3
```

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| In re: | | |
|---|---|---|
| Latasha S. Calloway,<br>aka Latasha Shereece Calloway, aka Latasha Calloway, | Chapter | 13 |
| **Debtor 1** | Case No. | 5:20–bk–00681–RNO |

## Notice

Notice is hereby given that:

The debtor(s) filed a Chapter 13 Bankruptcy Petition on February 26, 2020.

The debtor(s) filed a Motion to Extend the Automatic Stay in this case. A hearing on this matter has been scheduled for:

| **United States Bankruptcy Court<br>Max Rosenn US Courthouse,<br>Courtroom #2, 197 South Main<br>Street, Wilkes–Barre, PA 18701** | Date: 3/26/20<br><br>Time: 09:30 AM |
|---|---|

Any objection/response to the Motion must be filed and served on the debtor(s) on or before **March 24, 2020**.

If an objection/response is not filed by the objecting deadline and the debtor(s) (has/have) filed an Affidavit setting forth sufficient facts to support the motion and satisfy §362(c)(3) or (c)(4), the Court may grant the motion without conducting a hearing.

If no Affidavit is filed prior to the objecting deadline, or if the Affidavit filed is insufficient to satisfy the terms of 11 U.S.C. §362(c)(3) or (c)(4), or if any objections are filed within the prescribed objecting deadline, a hearing on this matter will be held.

**Consideration of a request to extend/impose the automatic stay must be accomplished within thirty (30) days of the bankruptcy petition filing date. It is the debtor(s)'s responsibility to request expedited consideration of a motion to extend when required.**

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701<br>(570) 831–2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: ChristopherGambini, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: March 4, 2020 |

**asextnd (Notice of Hearing to Extend/Impose Stay) (05/18)**