| | | |
|---|---|---|
| CARDMEMBER SERVICES<br>PO BOX 3220<br>BUFFALO, NY 14240 | CERTIFIED CREDIT & COLLECTION<br>PO BOX 1750<br>WHITEHOUSE STATION, NJ 08889 | CMRE FINANCIAL SERVICES, INC.<br>3075 E. IMPERIAL HWY. #200<br>BREA, CA 92821-6753 |
| GEISINGER HEALTH SYSTEM<br>100 NORTH ACADEMY AVE.<br>DANVILLE, PA 17822 | HEARTLAND ECSI<br>PO BOX 1238<br>WEXFORD, PA 15090-1230 | MILSTEAD & ASSOCIATES, LLC<br>1 E. STOW RD.<br>MARLTON, NJ 08053 |
| OVERLOOK HOSPITAL<br>99 BEAUVOIR AVE.<br>SUMMIT, NJ 07901 | PA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION<br>DEPT 280946<br>HARRISBURG, PA 17128 | |