IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
************************************************************************************

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 5-20-00681 |
| LATASHA S. CALLOWAY | : | |
| Debtor | : | CHAPTER 13 |

************************************************************************************

| | | |
|---|---|---|
| LATASHA S. CALLOWAY | : | |
| Movant, | : | |
| vs. | : | |
| M&T BANK    and | : | |
| CHARLES J DEHART, III, ESQ. | : | |
| Respondents. | : | |

************************************************************************************

## **AFFIDAVIT**

************************************************************************************

I, Latasha S. Calloway, being first duly sworn according to law, do depose and state the

following:

I have previously filed a Chapter 13 Voluntary Petition with the United States Bankruptcy

Court for the Middle District of Pennsylvania at Case No. 5-18-04517.

In my last Bankruptcy case, I was paying my mortgage arrears through the Plan, which

resulted in a high Trustee payment.  In my current Bankruptcy case, the arrears will be paid

through a loan modification, which results in a lower Trustee payment.  I am now in a position to

resume making the monthly Trustee payments.


Dated:  March 13, 2020                          /s/Latasha S. Calloway
                                         LATASHA S. CALLOWAY