```
                             United States Bankruptcy Court
                             Middle District of Pennsylvania
In re:                                                              Case No. 20-00681-RNO
Latasha S. Calloway                                                 Chapter 13
          Debtor                        CERTIFICATE OF NOTICE

District/off: 0314-5          User: AutoDocke              Page 1 of 2            Date Rcvd: Mar 25, 2020
                              Form ID: pdf010              Total Noticed: 35
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 27, 2020.
```
db              +Latasha S. Calloway,    PO Box 17,    Effort, PA 18330-0017
5305114         +Abc Bail Bonds, Inc.,    Schacter Portnov, LLC,    3490 Route 1, Suite 6,
                  Princeton, NJ 08540-5920
5310241         +CARDMEMBER SERVICES,    PO BOX 3220,    BUFFALO, NY 14240-3220
5310243          CMRE FINANCIAL SERVICES, INC.,    3075 E. IMPERIAL HWY. #200,    BREA, CA 92821-6753
5305119        ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
                  (address filed with court: Continental Finance,    PO Box 8099,    Newark, DE 19714-8099)
5305122         +Fedloan Servicing,    P.O. Box 69184,    Harrisburg, PA 17106-9184
5305123          First Premier Bank,    P.O. Box 5524,    Sioux Falls, SD 57117-5524
5310244         +GEISINGER HEALTH SYSTEM,    100 NORTH ACADEMY AVE.,    DANVILLE, PA 17822-0001
5310245         +HEARTLAND ECSI,    PO BOX 1238,    WEXFORD, PA 15090-1238
5305124         +Joseph A. Magotch, DDS PA,    114 W. Mount Pleasant Ave.,    Livingston, NJ 07039-2932
5305125         +KML Law Group, P.C.    Suite 5000, BNY Mellon Independence Ctr.,    701 Market St.,
                  Philadelphia, PA 19106-1538
5305127         +Law offices of Tullio DeLuca,    381 N. 9th Avenue,    Scranton, PA 18504-2005
5305129          M&T Bank,    P.O. Box 1058,    Buffalo, NY 14240
5310246         +MILSTEAD & ASSOCIATES, LLC,    1 E. STOW RD.,    MARLTON, NJ 08053-3118
5310247         +OVERLOOK HOSPITAL,    99 BEAUVOIR AVE.,    SUMMIT, NJ 07901-3595
5305132         +PHEAA/Fed Loan Servicing,    P.O. Box 60610,    Harrisburg, PA 17106-0610
5305133          PPL Electric Utilities,    827 Hausman Rd.,    Allentown, PA 18104-9392
5305135         +Trojan Professional Service,    4410 Cerritos Ave.,    Los Alamitos, CA 90720-2549
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5305113         +E-mail/Text: bruder@abcbail.com Mar 25 2020 19:11:30      ABC Bail Bonds,
                  215 West Bridge Street,    Morrisville, PA 19067-7118
5305115         +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Mar 25 2020 19:11:13
                  Americredit Inc., dba GM Financial,    P.O. Box 183853,    Arlington, TX 76096-3853
5310242         +E-mail/Text: bankruptcy@certifiedcollection.com Mar 25 2020 19:11:17
                  CERTIFIED CREDIT & COLLECTION,    PO BOX 1750,    WHITEHOUSE STATION, NJ 08889-1750
5305116         +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 25 2020 19:15:17      Capital One,
                  PO Box 30285,    Salt Lake City, UT 84130-0285
5311449          E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 25 2020 19:15:05
                  Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                  Charlotte, NC 28272-1083
5305117         +E-mail/Text: bk@coastprofessional.com Mar 25 2020 19:11:19      Coast Professionaql,
                  4273 volunteer Rd.,    Geneseo, NY 14454-9444
5305118          E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 25 2020 19:11:16
                  Comenity Bank/Victoria's Secret,    Bankruptcy Dept.,    P.O. Box 182125,
                  Columbus, OH 43218-2125
5305120         +E-mail/PDF: creditonebknotifications@resurgent.com Mar 25 2020 19:14:49      CreditOne,
                  P.O. Box 98873,    Las Vegas, NV 89193-8873
5305121          E-mail/Text: mrdiscen@discover.com Mar 25 2020 19:11:10      Discover Bank,    P.O. Box 3025,
                  New Albany, OH 43054-3025
5305128          E-mail/Text: camanagement@mtb.com Mar 25 2020 19:11:15      M&T Bank,    1100 Wehrle Drive,
                  Williamsville, NY 14221
5305130         +E-mail/PDF: MerrickBKNotifications@Resurgent.com Mar 25 2020 19:14:49      Merrick Bank,
                  P.O. Box 9201,    Old Bethpage, NY 11804-9001
5305131          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 25 2020 19:11:18      PA Dept. of Revenue,
                  Bankruptcy Division,    Dept. 280946,    Harrisburg, PA 17128-0496
5307754         +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 25 2020 19:15:19      PYOD, LLC,
                  Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
5311101          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 25 2020 19:11:18
                  Pennsylvania Department of Revenue,    Bankruptcy Division P O Box 280946,
                  Harrisburg PA  17128-0946
5305134         +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 25 2020 19:15:05
                  Resurgent Capital Services,    P.O. Box 19008,    Greenville, SC 29602-9008
5305136         +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 25 2020 19:10:40
                  Verizon Bankruptcy Dept.,    500 Technology Drive,    Suite 550,    Weldon Spring, MO 63304-2225
5305137         +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 25 2020 19:15:19
                  Verizon by American Infosource, LP,    as agent,    4515 Santa Fe Ave.,
                  Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 17

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5305126*        +Latasha S. Calloway,    PO Box 17,    Effort, PA 18330-0017
5310248*        +PA DEPARTMENT OF REVENUE,    BANKRUPTCY DIVISION,    DEPT 280946,    HARRISBURG, PA 17128-0001
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2020                    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2020 at the address(es) listed below:

```
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          James   Warmbrodt    on behalf of Creditor   LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
          Tullio  DeLuca    on behalf of Debtor 1 Latasha S. Calloway tullio.deluca@verizon.net
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                              TOTAL: 4
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

*************************************************************************

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 5-20-00681 |
| LATASHA S. CALLOWAY | : | |
| Debtor | : | CHAPTER 13 |

*************************************************************************

| | | |
|---|---|---|
| LATASHA S. CALLOWAY | : | |
| Movant, | : | |
| vs. | : | |
| M&T BANK  and | : | |
| CHARLES J DEHART, III, ESQ. | : | |
| Respondents. | : | |

*************************************************************************

ORDER

*************************************************************************

Upon consideration of Debtor's Motion to Extend the Automatic Stay, it is hereby:

**ORDERED**, that the Debtor's Motion to Extend the Automatic Stay is hereby **GRANTED**; and it is further

**ORDERED**, that the automatic stay imposed under 11 U.S.C. Section 362(a) shall extend beyond the thirty days after the filing of said Petition against all creditors with respect to property of the estate, and the Debtor(s) and Debtor(s) property; and it is further

**ORDERED**, that the Debtor(s) request for an Order confirming that the automatic stay continues against property of the estate is granted.

Dated:  March 25, 2020

By the Court,

_Robert N. Opel, II_

Robert N. Opel, II, Bankruptcy Judge  (PAR)