UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: LATASHA S. CALLOWAY : CHAPTER 13
       Debtor(s) :
        :
CHARLES J. DEHART, III :
STANDING CHAPTER 13 TRUSTEE :
       Movant :
        :
       vs. :
        :
LATASHA S. CALLOWAY :
       Respondent(s) : CASE NO. 5-20-bk-00681

## TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

      AND NOW, this 6th day of April, 2020, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

      1. Debtor(s)' plan violates 11 U.S.C. Sec. 1322(a)(1) in that the debtor(s) has not submitted all or such portion of the disposable income to the Trustee as required.

      2. Trustee avers that debtor(s)' plan is not feasible and cannot be administered due to the lack of the following:

      a. Last paystub dated March 31, 2020.

      WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

      a. Deny confirmation of debtor(s) plan.
      b. Dismiss or convert debtor(s) case.
      c. Provide such other relief as is equitable and just.

                 Respectfully submitted:

                 /s/Charles J. DeHart, III
                 Standing Chapter 13 Trustee
                 8125 Adams Drive, Suite A
                 Hummelstown, PA 17036
                 (717) 566-6097

# CERTIFICATE OF SERVICE

       AND NOW, this 6th day of April, 2020, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Philip Stock, Esquire
706 Monroe Street
Stroudsburg, PA   18360

                                                        /s/Deborah A. Behney
                                                        Office of Charles J. DeHart, III
                                                        Standing Chapter 13 Trustee