```
                               United States Bankruptcy Court
                               Middle District of Pennsylvania
In re:                                                                  Case No. 20-00681-RNO
Latasha S. Calloway                                                     Chapter 13
         Debtor                       CERTIFICATE OF NOTICE
District/off: 0314-5          User: AutoDocke                Page 1 of 2                  Date Rcvd: Apr 09, 2020
                              Form ID: ntcnfhrg              Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 11, 2020.
db             +Latasha S. Calloway,    PO Box 17,    Effort, PA 18330-0017
5305114        +Abc Bail Bonds, Inc.,    Schacter Portnov, LLC,    3490 Route 1, Suite 6,
                 Princeton, NJ 08540-5920
5310241        +CARDMEMBER SERVICES,    PO BOX 3220,    BUFFALO, NY 14240-3220
5310243         CMRE FINANCIAL SERVICES, INC.,    3075 E. IMPERIAL HWY. #200,    BREA, CA 92821-6753
5305119       ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
                 (address filed with court: Continental Finance,    PO Box 8099,    Newark, DE 19714-8099)
5305122        +Fedloan Servicing,    P.O. Box 69184,    Harrisburg, PA 17106-9184
5305123         First Premier Bank,    P.O. Box 5524,    Sioux Falls, SD 57117-5524
5310244        +GEISINGER HEALTH SYSTEM,    100 NORTH ACADEMY AVE.,    DANVILLE, PA 17822-0001
5310245        +HEARTLAND ECSI,    PO BOX 1238,    WEXFORD, PA 15090-1238
5305124        +Joseph A. Magotch, DDS PA,    114 W. Mount Pleasant Ave.,    Livingston, NJ 07039-2932
5305125        +KML Law Group, P.C.    Suite 5000, BNY Mellon Independence Ctr.,    701 Market St.,
                 Philadelphia, PA 19106-1538
5317105        +Lakeview Loan Servicing, LLC,    PO BOX 840,    BUFFALO, NY 14240-0840
5305127        +Law offices of Tullio DeLuca,    381 N. 9th Avenue,    Scranton, PA 18504-2005
5305129         M&T Bank,    P.O. Box 1058,    Buffalo, NY 14240
5310246        +MILSTEAD & ASSOCIATES, LLC,    1 E. STOW RD.,    MARLTON, NJ 08053-3118
5310247        +OVERLOOK HOSPITAL,    99 BEAUVOIR AVE.,    SUMMIT, NJ 07901-3595
5305132        +PHEAA/Fed Loan Servicing,    P.O. Box 60610,    Harrisburg, PA 17106-0610
5305133         PPL Electric Utilities,    827 Hausman Rd.,    Allentown, PA 18104-9392
5305135        +Trojan Professional Service,    4410 Cerritos Ave.,    Los Alamitos, CA 90720-2549

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5305113        +E-mail/Text: bruder@abcbail.com Apr 09 2020 19:54:05     ABC Bail Bonds,
                 215 West Bridge Street,    Morrisville, PA 19067-7118
5316065         E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Apr 09 2020 19:53:17
                 AmeriCredit Financial Services, Inc.,    dba GM Financial,    P O Box 183853,
                 Arlington, TX 76096
5305115        +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Apr 09 2020 19:53:17
                 Americredit Inc., dba GM Financial,    P.O. Box 183853,    Arlington, TX 76096-3853
5310242        +E-mail/Text: bankruptcy@certifiedcollection.com Apr 09 2020 19:53:28
                 CERTIFIED CREDIT & COLLECTION,    PO BOX 1750,    WHITEHOUSE STATION, NJ 08889-1750
5305116        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 09 2020 19:56:57     Capital One,
                 PO Box 30285,    Salt Lake City, UT 84130-0285
5311449         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 09 2020 19:58:14
                 Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                 Charlotte, NC 28272-1083
5305117        +E-mail/Text: bk@coastprofessional.com Apr 09 2020 19:53:37     Coast Professionaql,
                 4273 volunteer Rd.,    Geneseo, NY 14454-9446
5305118         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 09 2020 19:53:27
                 Comenity Bank/Victoria's Secret,    Bankruptcy Dept.,    P.O. Box 182125,
                 Columbus, OH 43218-2125
5305120        +E-mail/PDF: creditonebknotifications@resurgent.com Apr 09 2020 19:57:38     CreditOne,
                 P.O. Box 98873,    Las Vegas, NV 89193-8873
5305121         E-mail/Text: mrdiscen@discover.com Apr 09 2020 19:53:10     Discover Bank,    P.O. Box 3025,
                 New Albany, OH 43054-3025
5305128         E-mail/Text: camanagement@mtb.com Apr 09 2020 19:53:19     M&T Bank,    1100 Wehrle Drive,
                 Williamsville, NY 14221
5319484         E-mail/PDF: MerrickBKNotifications@Resurgent.com Apr 09 2020 19:57:28     MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
5305130        +E-mail/PDF: MerrickBKNotifications@Resurgent.com Apr 09 2020 19:58:05     Merrick Bank,
                 P.O. Box 9201,    Old Bethpage, NY 11804-9001
5305131         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 09 2020 19:53:34     PA Dept. of Revenue,
                 Bankruptcy Division,    Dept. 280946,    Harrisburg, PA 17128-0496
5307754        +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 09 2020 20:08:46     PYOD, LLC,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
5311101         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 09 2020 19:53:35
                 Pennsylvania Department of Revenue,    Bankruptcy Division P O Box 280946,
                 Harrisburg PA 17128-0946
5305134        +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 09 2020 20:08:47
                 Resurgent Capital Services,    P.O. Box 19008,    Greenville, SC 29602-9008
5305136        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 09 2020 19:51:46
                 Verizon Bankruptcy Dept.,    500 Technology Drive,    Suite 550,    Weldon Spring, MO 63304-2225
5305137        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 09 2020 20:08:48
                 Verizon by American Infosource, LP,    as agent,    4515 Santa Fe Ave.,
                 Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 19
```

```
District/off: 0314-5           User: AutoDocke           Page 2 of 2                Date Rcvd: Apr 09, 2020
                               Form ID: ntcnfhrg         Total Noticed: 38
```

          ***** BYPASSED RECIPIENTS (continued) *****

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
5305126*        +Latasha S. Calloway,   PO Box 17,    Effort, PA 18330-0017
5310248*        +PA DEPARTMENT OF REVENUE,    BANKRUPTCY DIVISION,    DEPT 280946,    HARRISBURG, PA 17128-0001
                                                                                     TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2020                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 9, 2020 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor   LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
              Tullio  DeLuca    on behalf of Debtor 1 Latasha S. Calloway tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Latasha S. Calloway,<br>aka Latasha Shereece Calloway, aka Latasha Calloway, | Chapter | 13 |
| **Debtor 1** | Case No. | 5:20−bk−00681−RNO |

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **May 27, 2020** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Hearing will be held telephonically, using CourtCall. Please contact them, at 866−582−6878, no later than 24 hours, before your hearing. | Date: June 3, 2020<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DeborahGeorge, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 9, 2020 |

ntcnfhrg (03/18)