# Wegmans

Wegmans Food Markets 1500 Brooks Avenue P.O. Box 30844 Rochester, NY 14603-0844 +1 (800) 934-6267
Latasha Calloway 1404 Whispering Hills Ct Effort, PA 18330

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Latasha Calloway | Wegmans Food Markets | 381301 | 01/26/2020 | 02/01/2020 | 02/06/2020 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 460.18 | 0.00 | 86.66 | 0.00 | 373.52 |
| YTD | 2,785.18 | 5.00 | 522.43 | 0.00 | 2,257.75 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Disability Pay | 01/26/2020-02/01/2020 | 42 | 0 | 460.18 | 2,761.08 |
| Supplemental Disability Pay | | | | | 24.10 |
| Earnings | | | | 460.18 | 2,785.18 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 28.53 | 172.37 |
| Medicare | 6.67 | 40.31 |
| Federal Withholding | 32.73 | 196.38 |
| State Tax - PA | 14.13 | 85.38 |
| SUI-Employee Paid - NJ | 0.00 | 0.09 |
| City Tax - CHSTN | 4.60 | 27.80 |
| NJ FLI - NJFLI | 0.00 | 0.05 |
| NJ TDF - NJTDB | 0.00 | 0.05 |
| Employee Taxes | 86.66 | 522.43 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dental Pre-Tax | | 5.00 |
| Pre Tax Deductions | 0.00 | 5.00 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Company Paid Group Term Life | | 6.40 |
| Dental Company Paid | | 85.35 |
| Healthcare Company Paid | | 2,026.85 |
| Employer Paid Benefits | 0.00 | 2,118.60 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 460.18 | 2,780.18 |
| Medicare - Taxable Wages | 460.18 | 2,780.18 |
| Federal Withholding - Taxable Wages | 460.18 | 2,780.18 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | Single |
| Allowances | 1 | 0 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount |
|---|---|---|---|---|
| Santander | Santander ******1464 | ******1464 | | 373.52 USD |

# Wegmans

Wegmans Food Markets  1500 Brooks Avenue  P.O. Box 30844  Rochester, NY 14603-0844  +1 (800) 934-5267
Latasha Calloway  1404 Whispering Hills Ct  Effort, PA 18330

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Latasha Calloway | Wegmans Food Markets | 381301 | 02/02/2020 | 02/08/2020 | 02/13/2020 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 460.18 | 0.00 | 86.66 | 0.00 | 373.52 |
| YTD | 3,250.18 | 6.00 | 609.59 | 0.00 | 2,634.59 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Disability Pay | 02/02/2020-02/08/2020 | 42 | 0 | 460.18 | 3,221.26 |
| Supplemental Disability Pay | | | | | 28.92 |
| **Earnings** | | | | **460.18** | **3,250.18** |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 28.53 | 201.14 |
| Medicare | 6.67 | 47.04 |
| Federal Withholding | 32.73 | 229.11 |
| State Tax - PA | 14.13 | 99.63 |
| SUI-Employee Paid - NJ | 0.00 | 0.11 |
| City Tax - CHSTN | 4.60 | 32.44 |
| NJ FLI - NJFLI | 0.00 | 0.06 |
| NJ TDF - NJTDB | 0.00 | 0.06 |
| **Employee Taxes** | **86.66** | **609.59** |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dental Pre-Tax | | 6.00 |
| **Pre Tax Deductions** | **0.00** | **6.00** |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Company Paid Group Term Life | | 7.68 |
| Dental Company Paid | | 102.42 |
| Healthcare Company Paid | | 2,432.22 |
| **Employer Paid Benefits** | **0.00** | **2,542.32** |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 460.18 | 3,244.18 |
| Medicare - Taxable Wages | 460.18 | 3,244.18 |
| Federal Withholding - Taxable Wages | 460.18 | 3,244.18 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | Single |
| Allowances | 1 | 0 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount |
|---|---|---|---|---|
| Santander | Santander ******1464 | ******1464 | | 373.52 USD |

# Wegmans

Wegmans Food Markets  1500 Brooks Avenue  P.O. Box 30844  Rochester, NY 14603-0844  +1 (800) 934-6267
Latasha Calloway  1404 Whispering Hills Ct  Effort, PA 18330

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Latasha Calloway | Wegmans Food Markets | 381301 | 02/09/2020 | 02/15/2020 | 02/20/2020 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 328.70 | 0.00 | 55.81 | 0.00 | 272.89 |
| YTD | 3,583.70 | 7.00 | 665.90 | 0.00 | 2,910.80 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Disability Pay | 02/09/2020-02/15/2020 | 30 | 0 | 328.70 | 3,549.96 |
| Supplemental Disability Pay | | | | | 33.74 |
| Earnings | | | | 328.70 | 3,583.70 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 20.38 | 221.76 |
| Medicare | 4.76 | 51.86 |
| Federal Withholding | 17.29 | 246.40 |
| State Tax - PA | 10.09 | 109.84 |
| SUI-Employee Paid - NJ | 0.00 | 0.13 |
| City Tax - CHSTN | 3.29 | 35.77 |
| NJ FLI - NJFLI | 0.00 | 0.07 |
| NJ TDF - NJTDB | 0.00 | 0.07 |
| Employee Taxes | 55.81 | 665.90 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dental Pre-Tax | | 7.00 |
| Pre Tax Deductions | 0.00 | 7.00 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Company Paid Group Term Life | | 8.96 |
| Dental Company Paid | | 119.49 |
| Healthcare Company Paid | | 2,837.59 |
| Employer Paid Benefits | 0.00 | 2,966.04 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 328.70 | 3,576.70 |
| Medicare - Taxable Wages | 328.70 | 3,576.70 |
| Federal Withholding - Taxable Wages | 328.70 | 3,576.70 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | Single |
| Allowances | 1 | 0 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| Santander | Santander ******1464 | ******1464 | | 272.89 | USD |

# Wegmans

Wegmans Food Markets   1500 Brooks Avenue   P.O. Box 30844   Rochester, NY 14603-0944   +1 (800) 934-6267
Latasha Calloway   1404 Whispering Hills Ct   Effort, PA 18330

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Latasha Calloway | Wegmans Food Markets | 381301 | 01/26/2020 | 02/01/2020 | 02/06/2020 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 460.18 | 0.00 | 86.66 | 0.00 | 373.52 |
| YTD | 2,785.18 | 5.00 | 522.43 | 0.00 | 2,257.75 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Disability Pay | 01/26/2020-02/01/2020 | 42 | 0 | 460.18 | 2,761.08 |
| Supplemental Disability Pay | | | | | 24.10 |
| Earnings | | | | 460.18 | 2,785.18 |

## Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 28.53 | 172.37 |
| Medicare | 6.67 | 40.31 |
| Federal Withholding | 32.73 | 196.38 |
| State Tax - PA | 14.13 | 85.38 |
| SUI-Employee Paid - NJ | 0.00 | 0.09 |
| City Tax - CHSTN | 4.60 | 27.80 |
| NJ FLI - NJFLI | 0.00 | 0.05 |
| NJ TDF - NJTDB | 0.00 | 0.05 |
| Employee Taxes | 86.66 | 522.43 |

## Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dental Pre-Tax | | 5.00 |
| Pre Tax Deductions | 0.00 | 5.00 |

## Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Company Paid Group Term Life | | 6.40 |
| Dental Company Paid | | 85.35 |
| Healthcare Company Paid | | 2,026.85 |
| Employer Paid Benefits | 0.00 | 2,118.60 |

## Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 460.18 | 2,780.18 |
| Medicare - Taxable Wages | 460.18 | 2,780.18 |
| Federal Withholding - Taxable Wages | 460.18 | 2,780.18 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | Single |
| Allowances | 1 | 0 |
| Additional Withholding | 0 | 0 |

## Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| Santander | Santander ******1464 | ******1464 | | 373.52 | USD |

# Wegmans

Wegmans Food Markets  1500 Brooks Avenue  P.O. Box 30844  Rochester, NY 14603-0844  +1 (800) 934-6267
Latasha Calloway  1404 Whispering Hills Ct  Effort, PA 18330

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Latasha Calloway | Wegmans Food Markets | 381301 | 02/02/2020 | 02/08/2020 | 02/13/2020 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 460.18 | 0.00 | 86.66 | 0.00 | 373.52 |
| YTD | 3,250.18 | 6.00 | 609.59 | 0.00 | 2,634.59 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Disability Pay | 02/02/2020-02/08/2020 | 42 | 0 | 460.18 | 3,221.26 |
| Supplemental Disability Pay | | | | | 28.92 |
| Earnings | | | | 460.18 | 3,250.18 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 28.53 | 201.14 |
| Medicare | 6.67 | 47.04 |
| Federal Withholding | 32.73 | 229.11 |
| State Tax - PA | 14.13 | 99.63 |
| SUI-Employee Paid - NJ | 0.00 | 0.11 |
| City Tax - CHSTN | 4.60 | 32.44 |
| NJ FLI - NJFLI | 0.00 | 0.06 |
| NJ TDF - NJTDB | 0.00 | 0.06 |
| Employee Taxes | 86.66 | 609.59 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dental Pre-Tax | | 6.00 |
| Pre Tax Deductions | 0.00 | 6.00 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Company Paid Group Term Life | | 7.68 |
| Dental Company Paid | | 102.42 |
| Healthcare Company Paid | | 2,432.22 |
| Employer Paid Benefits | 0.00 | 2,542.32 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 460.18 | 3,244.18 |
| Medicare - Taxable Wages | 460.18 | 3,244.18 |
| Federal Withholding - Taxable Wages | 460.18 | 3,244.18 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | Single |
| Allowances | 1 | 0 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| Santander | Santander ******1464 | ******1464 | | 373.52 | USD |

# Wegmans

Wegmans Food Markets  1500 Brooks Avenue  P.O. Box 30844  Rochester, NY 14603-0844  +1 (800) 934-6267
Latasha Calloway  1404 Whispering Hills Ct  Effort, PA 18330

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Latasha Calloway | Wegmans Food Markets | 381301 | 02/09/2020 | 02/15/2020 | 02/20/2020 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 328.70 | 0.00 | 55.81 | 0.00 | 272.89 |
| YTD | 3,583.70 | 7.00 | 665.90 | 0.00 | 2,910.80 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Disability Pay | 02/09/2020-02/15/2020 | 30 | 0 | 328.70 | 3,549.96 |
| Supplemental Disability Pay | | | | | 33.74 |
| Earnings | | | | 328.70 | 3,583.70 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 20.38 | 221.76 |
| Medicare | 4.76 | 51.86 |
| Federal Withholding | 17.29 | 246.40 |
| State Tax - PA | 10.09 | 109.84 |
| SUI-Employee Paid - NJ | 0.00 | 0.13 |
| City Tax - CHSTN | 3.29 | 35.77 |
| NJ FLI - NJFLI | 0.00 | 0.07 |
| NJ TDF - NJTDB | 0.00 | 0.07 |
| Employee Taxes | 55.81 | 665.90 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dental Pre-Tax | | 7.00 |
| Pre Tax Deductions | 0.00 | 7.00 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Company Paid Group Term Life | | 8.96 |
| Dental Company Paid | | 119.49 |
| Healthcare Company Paid | | 2,837.59 |
| Employer Paid Benefits | 0.00 | 2,966.04 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 328.70 | 3,576.70 |
| Medicare - Taxable Wages | 328.70 | 3,576.70 |
| Federal Withholding - Taxable Wages | 328.70 | 3,576.70 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | Single |
| Allowances | 1 | 0 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| Santander | Santander ******1464 | ******1464 | | 272.89 | USD |

# Wegmans

Wegmans Food Markets  1500 Brooks Avenue  P.O. Box 30844  Rochester, NY 14603-0844  +1 (809) 934-6267
Latasha Calloway  1404 Whispering Hills Ct  Effort, PA 18330

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Latasha Calloway | Wegmans Food Markets | 361301 | 02/16/2020 | 02/22/2020 | 02/27/2020 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| YTD | 3,587.14 | 8.00 | 666.21 | 0.00 | 2,912.93 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Disability Pay | | | | | 3,549.96 |
| Supplemental Disability Pay | | | | | 37.18 |
| Earnings | | | | 0.00 | 3,587.14 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 0.00 | 221.91 |
| Medicare | 0.00 | 51.90 |
| Federal Withholding | | 246.40 |
| State Tax - PA | | 109.91 |
| SUI-Employee Paid - NJ | 0.00 | 0.14 |
| City Tax - CHSTN | | 35.79 |
| NJ FLI - NJFLI | 0.00 | 0.08 |
| NJ TDF - NJTDB | 0.00 | 0.08 |
| Employee Taxes | 0.00 | 666.21 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dental Pre-Tax | 0.00 | 8.00 |
| Pre Tax Deductions | 0.00 | 8.00 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Company Paid Group Term Life | 1.28 | 11.52 |
| Dental Company Paid | 17.07 | 153.63 |
| Healthcare Company Paid | 405.37 | 3,648.33 |
| Employer Paid Benefits | 423.72 | 3,813.48 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 0.00 | 3,579.14 |
| Medicare - Taxable Wages | 0.00 | 3,579.14 |
| Federal Withholding - Taxable Wages | 0.00 | 3,579.14 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | Single |
| Allowances | 1 | 0 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount |
|---|---|---|---|---|
| Santander | Santander ******1464 | ******1464 | | 0.00 USD |

# Wegmans

Wegmans Food Markets  1500 Brooks Avenue  P.O. Box 30844  Rochester, NY 14603-0844  +1 (800) 934-6267
Latasha Calloway  1404 Whispering Hills Ct  Effort, PA 18330

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Latasha Calloway | Wegmans Food Markets | 381301 | 02/23/2020 | 02/29/2020 | 03/05/2020 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 11.02 | 1.00 | 1.26 | 0.00 | 8.76 |
| YTD | 4,649.99 | 9.00 | 906.91 | 0.00 | 3,734.08 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Disability Pay | | | | | 4,601.79 |
| Supplemental Disability Pay | 02/23/2020-02/29/2020 | 0 | 15.5 | 11.02 | 48.20 |
| Earnings | | | | 11.02 | 4,649.99 |

## Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 0.62 | 287.74 |
| Medicare | 0.14 | 67.29 |
| Federal Withholding | 0.00 | 362.57 |
| State Tax - PA | 0.31 | 142.51 |
| SUI-Employee Paid - NJ | 0.04 | 0.18 |
| City Tax - CHSTN | 0.10 | 46.41 |
| NJ FLI - NJFLI | 0.02 | 0.10 |
| NJ TDF - NJTDB | 0.03 | 0.11 |
| Employee Taxes | 1.26 | 906.91 |

## Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dental Pre-Tax | 1.00 | 9.00 |
| Pre Tax Deductions | 1.00 | 9.00 |

## Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Company Paid Group Term Life | 1.28 | 12.80 |
| Dental Company Paid | 17.07 | 170.70 |
| Healthcare Company Paid | 405.37 | 4,053.70 |
| Employer Paid Benefits | 423.72 | 4,237.20 |

## Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 10.02 | 4,640.99 |
| Medicare - Taxable Wages | 10.02 | 4,640.99 |
| Federal Withholding - Taxable Wages | 10.02 | 4,640.99 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | Single |
| Allowances | 1 | 0 |
| Additional Withholding | 0 | 0 |

## Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| Santander | Santander ******1464 | ******1464 | | 8.76 | USD |

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Latasha Calloway | Wegmans Food Markets | 381301 | 03/08/2020 | 03/14/2020 | 03/19/2020 | |

Wegmans Food Markets  1500 Brooks Avenue  P.O. Box 30844  Rochester, NY 14603-0844  +1 (800) 934-6267

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 4.13 | 1.00 | 0.41 | 0.00 | 2.72 |
| YTD | 7,389.06 | 68.00 | 1,580.65 | 0.00 | 5,740.41 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Disability Pay | | | | | 5,456.41 |
| Supplemental Disability Pay | 03/08/2020-03/14/2020 | 0 | 15.5 | 4.13 | 57.15 |
| Vacation Payout | | | | | 1,875.50 |
| Earnings | | | | 4.13 | 7,389.06 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 0.20 | 453.91 |
| Medicare | 0.05 | 106.16 |
| Federal Withholding | 0.00 | 706.26 |
| State Tax - PA | 0.10 | 224.80 |
| SUI-Employee Paid - NJ | 0.01 | 7.39 |
| City Tax - CHSTN | 0.03 | 73.20 |
| NJ FLI - NJFLI | 0.01 | 3.12 |
| NJ TDF - NJTDB | 0.01 | 5.01 |
| NJ WFD - NJWDF | 0.00 | 0.80 |
| Employee Taxes | 0.41 | 1,580.65 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dental Pre-Tax | 1.00 | 12.00 |
| Healthcare Pre-tax | 0.00 | 56.00 |
| Pre Tax Deductions | 1.00 | 68.00 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Company Paid Group Term Life | 1.28 | 15.36 |
| Dental Company Paid | 17.07 | 204.84 |
| Healthcare Company Paid | 405.37 | 4,864.44 |
| Employer Paid Benefits | 423.72 | 5,084.64 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3.13 | 7,321.06 |
| Medicare - Taxable Wages | 3.13 | 7,321.06 |
| Federal Withholding - Taxable Wages | 3.13 | 7,321.06 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | Single |
| Allowances | 1 | 0 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Santander | Santander ******1464 | ******1464 | | 2.72 | USD |



1500 Brooks Avenue
P.O. Box 30844
Rochester, NY 14603-0844

03/19/2020

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Santander | Santander ******1464 | ******1464 | | 2.72 USD |

Latasha Calloway
1404 Whispering Hills Ct
Effort, PA 18330

Wegmans Food Markets 1500 Brooks Avenue P.O. Box 30844 Rochester, NY 14603-0844 +1 (800) 934-6267

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Latasha Calloway | Wegmans Food Markets | 381301 | 03/08/2020 | 03/14/2020 | 03/19/2020 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 394.44 | 0.00 | 71.06 | 0.00 | 323.38 |
| YTD | 7,384.93 | 67.00 | 1,580.24 | 0.00 | 5,737.69 |

**Earnings**

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Disability Pay | 03/08/2020-03/14/2020 | 36 | 0 | 394.44 | 5,456.41 |
| Supplemental Disability Pay | | | | | 53.02 |
| Vacation Payout | | | | | 1,875.50 |
| Earnings | | | | 394.44 | 7,384.93 |

**Employee Taxes**

| Description | Amount | YTD |
|---|---|---|
| Social Security | 24.45 | 453.71 |
| Medicare | 5.72 | 106.11 |
| Federal Withholding | 24.84 | 706.26 |
| State Tax - PA | 12.11 | 224.70 |
| SUI-Employee Paid - NJ | 0.00 | 7.38 |
| City Tax - CHSTN | 3.94 | 73.17 |
| NJ FLI - NJFLI | 0.00 | 3.11 |
| NJ TDF - NJTDB | 0.00 | 5.00 |
| NJ WFD - NJWDF | 0.00 | 0.80 |
| Employee Taxes | 71.06 | 1,580.24 |

**Pre Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| Dental Pre-Tax | | 11.00 |
| Healthcare Pre-tax | | 56.00 |
| Pre Tax Deductions | 0.00 | 67.00 |

**Employer Paid Benefits**

| Description | Amount | YTD |
|---|---|---|
| Company Paid Group Term Life | | 14.08 |
| Dental Company Paid | | 187.77 |
| Healthcare Company Paid | | 4,459.07 |
| Employer Paid Benefits | 0.00 | 4,660.92 |

**Taxable Wages**

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 394.44 | 7,317.93 |
| Medicare - Taxable Wages | 394.44 | 7,317.93 |
| Federal Withholding - Taxable Wages | 394.44 | 7,317.93 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | Single |
| Allowances | 1 | 0 |
| Additional Withholding | 0 | 0 |

**Payment Information**

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Santander | Santander ******1464 | ******1464 | | 323.38 USD |

Wegmans

1500 Brooks Avenue
P.O. Box 30844
Rochester, NY 14603-0844

03/19/2020

**Payment Information**

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Santander | Santander ******1464 | ******1464 | | 323.38 USD |

Latasha Calloway
1404 Whispering Hills Ct
Effort, PA 18330

# Wegmans

| Name | Company | | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|---|
| Latasha Calloway | Wegmans Food Markets | | | 38130+ | 02/16/20 | 02/22/2020 | 02/27/2020 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| YTD | 3,587.14 | 8.00 | 666.21 | 0.00 | 2,912.93 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Disability Pay | | | | | 3,549.96 |
| Supplemental Disability Pay | | | | 37.16 | 37.16 |

## Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 0.00 | 221.91 |
| Medicare | 0.00 | 51.90 |
| Federal Withholding | | 246.40 |
| State Tax - PA | 0.00 | 109.91 |
| SUI-Employee Paid - NJ | 0.00 | 0.14 |
| City Tax - CHSTN | | 35.79 |
| NJ EU - NJFLI | 0.00 | 0.08 |
| NJ TDF - NJTDB | 0.00 | 0.08 |

## Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dental Pre-Tax | 0.00 | 8.00 |

| | 0.00 | 8.00 |

## Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 0.00 | 3,579.14 |
| Medicare - Taxable Wages | 0.00 | 3,579.14 |
| Federal Withholding - Taxable Wages | 0.00 | 3,579.14 |

## Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Company Paid Group Term Life | 1.28 | 11.52 |
| Dental Company Paid | 17.07 | 153.63 |
| Healthcare Company Paid | 405.37 | 3,648.33 |
| | 423.72 | 3,813.48 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | Single |
| Allowances | 1 | 0 |
| Additional Withholding | 0 | 0 |

## Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount |
|---|---|---|---|---|
| Santander | Santander *****1464 | *****1464 | 0.00 | USD |

Wegmans Food Markets  1500 Brooks Avenue  P.O. Box 30844  Rochester, NY 14603-0844   +1 (800) 934-6267
Latasha Calloway  1404 Whispering Hills Ct.  Effort, PA 18330