UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:                                                                    Bankr. Case No. 20-00681-RNO-13

Latasha S. Calloway                                            Chapter 13
     Debtor(s)

## REQUEST FOR NOTICE

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

                      Americredit Financial Services, Inc. dba GM Financial
                      PO Box 183853
                      Arlington, TX 76096

                                      By /s/ Mandy Youngblood

                      Mandy Youngblood
                      PO Box 183853
                      Arlington, TX 76096
                      877-203-5538
                      877-259-6417
                      Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:	Bankr. Case No. 20-00681-RNO-13

Latasha S. Calloway	Chapter 13
    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on April 14, 2020 :

| | |
|---|---|
| TULLIO DELUCA<br>381 N 9TH AVE<br>SCRANTON, PA 18504 | Charles J. DeHart III<br>8125 Adams Drive<br>Suite A<br>Hummelstown, PA 17036 |

By    /s/ Mandy Youngblood
       Mandy Youngblood

xxxxx21358 / 1013969