## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Latasha S. Calloway aka Latasha Shereece Calloway aka Latasha Calloway <br>       Debtor(s) | CHAPTER 13 |
| Lakeview Loan Servicing, LLC, its successors and/or assigns <br>       Movant <br>    vs. | NO. 20-00681 RNO |
| Latasha S. Calloway aka Latasha Shereece Calloway aka Latasha Calloway <br>       Debtor(s) | 11 U.S.C. Section 362 |
| Charles J. DeHart, III Esq. <br>       Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

 Kindly withdraw the Notice of Postpetition Mortgage Fees, Expenses, and Charges of Lakeview Loan Servicing, LLC, which was filed with the Court on or about **April 21, 2020** under claim #7.

              Respectfully submitted,

              **/s/ James C. Warmbrodt, Esquire**
              KML Law Group, P.C.
              BNY Mellon Independence Center
              701 Market Street, Suite 5000
              Philadelphia, PA  19106
              412-430-3594

June 17, 2020