Certificate Number: 15317-PAM-DE-034696409

Bankruptcy Case Number: 20-00681



15317-PAM-DE-034696409

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 23, 2020</u>, at <u>5:31</u> o'clock <u>AM PDT</u>, <u>Latasha Calloway</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:   <u>July 23, 2020</u>           By:     <u>/s/Mariel Macrohon</u>

                                    Name:   <u>Mariel Macrohon</u>

                                    Title:  <u>Counselor</u>