THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION
*************************************************************************

IN RE: :
: CASE NO. 5-20-00681
LATASHA S. CALLOWAY :
: CHAPTER 13
:
Debtor(s) :
*************************************************************************
LAKEVIEW LOAN SERVICING, LLC :
         Movant, :
:
vs. :
LATASHA S. CALLOWAY :
         Respondents. :
*************************************************************************
REQUEST TO REMOVE FROM CASE FROM THE HEARING LIST
*************************************************************************

____ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

__X__ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (check only one)

    __x__ Thirty (30) days.

    _____ Forty-five (45) days.

    _____ Sixty (60) days.

(2) If a Stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.


Date: November 18, 2020         /s/Tullio DeLuca
                                          Attorney for Debtor

THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

****************************************************************************

| | |
|---|---|
| IN RE: : | |
| : | CASE NO. 5-20-00681 |
| LATASHA S. CALLOWAY : | |
| : | CHAPTER 13 |
| : | |
| Debtor(s) : | |

****************************************************************************

| | |
|---|---|
| LAKEVIEW LOAN SERVICING, LLC : | |
| Movant, : | |
| : | |
| vs. : | |
| LATASHA S. CALLOWAY : | |
| Respondents. : | |

****************************************************************************
CERTIFICATE OF SERVICE
****************************************************************************

I hereby certify that I served a copy of this Request to Remove Matter from the Hearing List on the following CM/ECF users at the following address:

Charles J. DeHart, III, Esq. at dehartstaff@ramapo.com

Brian C. Nicholas, Esquire at rsolarz@kmllawgroup.com

Date:  November 18, 2020          /s/Tullio DeLuca
                                  Tullio DeLuca, Esq.