IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Latasha S. Calloway aka Latasha Shereece Calloway aka Latasha Calloway**<br>Debtor(s)<br><br>**Lakeview Loan Servicing, LLC**<br>Movant<br>vs.<br><br>**Latasha S. Calloway aka Latasha Shereece Calloway aka Latasha Calloway**<br>Debtor(s)<br><br>**Jack N. Zaharopoulos**,<br>Trustee | **BK NO. 20-00681 MJC**<br><br>**Chapter 13** |

## CERTIFICATE OF SERVICE
## NOTICE OF DEBTOR'S REQUEST FOR FORBEARANCE DUE TO THE COVID-19 PANDEMIC

I, Rebecca A. Solarz, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on September 29, 2021, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Latasha S. Calloway aka Latasha Shereece
Calloway aka Latasha Calloway
PO Box 17
Effort, PA 18330

Attorney for Debtor(s)
Tullio DeLuca, Esq.
381 N. 9th Street (VIA ECF)
Scranton, PA 18504

Trustee
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: September 29, 2021

**/s/Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-825-6327
rsolarz@kmllawgroup.com