In re:  Case No. 20-00681-MJC
Latasha S. Calloway  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 3
Date Rcvd: May 04, 2023     Form ID: 3180W     Total Noticed: 41

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Latasha S. Calloway, PO Box 17, Effort, PA 18330-0017 |
| 5305114 | + | Abc Bail Bonds, Inc., Schacter Portnov, LLC, 3490 Route 1, Suite 6, Princeton, NJ 08540-5920 |
| 5310241 | + | CARDMEMBER SERVICES, PO BOX 3220, BUFFALO, NY 14240-3220 |
| 5305122 | #+ | Fedloan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 5310244 | + | GEISINGER HEALTH SYSTEM, 100 NORTH ACADEMY AVE., DANVILLE, PA 17822-0001 |
| 5310245 | + | HEARTLAND ECSI, PO BOX 1238, WEXFORD, PA 15090-1238 |
| 5305124 | + | Joseph A. Magotch, DDS PA, 114 W. Mount Pleasant Ave., Livingston, NJ 07039-2932 |
| 5305127 | + | Law offices of Tullio DeLuca, 381 N. 9th Avenue, Scranton, PA 18504-2005 |
| 5305129 | | M&T Bank, P.O. Box 1058, Buffalo, NY 14240 |
| 5310246 | + | MILSTEAD & ASSOCIATES, LLC, 1 E. STOW RD., MARLTON, NJ 08053-3118 |
| 5310247 | + | OVERLOOK HOSPITAL, 99 BEAUVOIR AVE., SUMMIT, NJ 07901-3595 |
| 5305132 | #+ | PHEAA/Fed Loan Servicing, P.O. Box 60610, Harrisburg, PA 17106-0610 |
| 5305133 | | PPL Electric Utilities, 827 Hausman Rd., Allentown, PA 18104-9392 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PHINAMERI.COM | May 04 2023 22:32:00 | Americredit Financial Services, Inc. Dba GM Financ, P.O Box 183853, Arlington, TX 76096-3853 |
| 5305113 | + | Email/Text: bruder@abcbail.com | May 04 2023 18:34:00 | ABC Bail Bonds, 215 West Bridge Street, Morrisville, PA 19067-7118 |
| 5316065 | | EDI: PHINAMERI.COM | May 04 2023 22:32:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 5305115 | + | EDI: PHINAMERI.COM | May 04 2023 22:32:00 | Americredit Inc., dba GM Financial, P.O. Box 183853, Arlington, TX 76096-3853 |
| 5310242 | + | Email/Text: bankruptcy@certifiedcollection.com | May 04 2023 18:34:00 | CERTIFIED CREDIT & COLLECTION, PO BOX 1750, WHITEHOUSE STATION, NJ 08889-1750 |
| 5310243 | | Email/Text: EBN_Brea@meduitrcm.com | May 04 2023 18:34:00 | CMRE FINANCIAL SERVICES, INC., 3075 E. IMPERIAL HWY. #200, BREA, CA 92821-6753 |
| 5305119 | | Email/Text: cfcbackoffice@contfinco.com | May 04 2023 18:34:00 | Continental Finance, PO Box 8099, Newark, DE 19714-8099 |
| 5305116 | + | EDI: CAPITALONE.COM | May 04 2023 22:32:00 | Capital One, PO Box 30285, Salt Lake City, UT |

| Recip ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | 84130-0285 |
| 5311449 | | EDI: CAPITALONE.COM | May 04 2023 22:32:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5305117 | + | Email/Text: bk@coastprofessional.com | May 04 2023 18:34:00 | Coast Professionaql, 4273 volunteer Rd., Geneseo, NY 14454-9444 |
| 5305118 | | EDI: WFNNB.COM | May 04 2023 22:32:00 | Comenity Bank/Victoria's Secret, Bankruptcy Dept., P.O. Box 182125, Columbus, OH 43218-2125 |
| 5305120 | + | Email/PDF: creditonebknotifications@resurgent.com | May 04 2023 18:43:51 | CreditOne, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 5305121 | | EDI: DISCOVER.COM | May 04 2023 22:32:00 | Discover Bank, P.O. Box 3025, New Albany, OH 43054-3025 |
| 5305123 | | EDI: AMINFOFP.COM | May 04 2023 22:32:00 | First Premier Bank, P.O. Box 5524, Sioux Falls, SD 57117-5524 |
| 5305125 | ^ | MEBN | May 04 2023 18:33:24 | KML Law Group, P.C, Suite 5000, BNY Mellon Independence Ctr., 701 Market St., Philadelphia, PA 19106-1541 |
| 5317105 | ^ | MEBN | May 04 2023 18:33:24 | Lakeview Loan Servicing, LLC, PO BOX 840, BUFFALO, NY 14240-0840 |
| 5305128 | | Email/Text: camanagement@mtb.com | May 04 2023 18:34:00 | M&T Bank, 1100 Wehrle Drive, Williamsville, NY 14221 |
| 5336045 | | Email/Text: BankruptcyECFMail@mccalla.com | May 04 2023 18:34:00 | M & T Bank, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 5319484 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 04 2023 18:43:45 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5305130 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 04 2023 18:43:45 | Merrick Bank, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 5305131 | | EDI: PENNDEPTREV | May 04 2023 22:32:00 | PA Dept. of Revenue, Bankruptcy Division, Dept. 280946, Harrisburg, PA 17128-0496 |
| 5305131 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 04 2023 18:34:00 | PA Dept. of Revenue, Bankruptcy Division, Dept. 280946, Harrisburg, PA 17128-0496 |
| 5307754 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 04 2023 18:43:48 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 5311101 | | EDI: PENNDEPTREV | May 04 2023 22:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division P O Box 280946, Harrisburg PA 17128-0946 |
| 5311101 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 04 2023 18:34:00 | Pennsylvania Department of Revenue, Bankruptcy Division P O Box 280946, Harrisburg PA 17128-0946 |
| 5323928 | | EDI: Q3G.COM | May 04 2023 22:32:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5305134 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 04 2023 18:43:49 | Resurgent Capital Services, P.O. Box 19008, Greenville, SC 29602-9008 |
| 5322984 | | EDI: AIS.COM | May 04 2023 22:32:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5305136 | + | EDI: VERIZONCOMB.COM | May 04 2023 22:32:00 | Verizon Bankruptcy Dept., 500 Technology Drive, Suite 550, Weldon Spring, MO 63304-2225 |
| 5305137 | + | EDI: AIS.COM | May 04 2023 22:32:00 | Verizon by American Infosource, LP, as agent, 4515 Santa Fe Ave., Oklahoma City, OK 73118-7901 |

TOTAL: 30

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | Freedom Mortgage Corporation |
| cr | *P++ | MCCALLA RAYMER LEIBERT PIERCE LLC, ATTN ATTN WENDY REISS, 1544 OLD ALABAMA ROAD, ROSWELL GA 30076-2102, address filed with court:, M & T Bank, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 5323079 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 5305126 | *+ | Latasha S. Calloway, PO Box 17, Effort, PA 18330-0017 |
| 5336046 | *P++ | MCCALLA RAYMER LEIBERT PIERCE LLC, ATTN ATTN WENDY REISS, 1544 OLD ALABAMA ROAD, ROSWELL GA 30076-2102, address filed with court:, M & T Bank, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 5310248 | *+ | PA DEPARTMENT OF REVENUE, BANKRUPTCY DIVISION, DEPT 280946, HARRISBURG, PA 17128-0001 |
| 5305135 | ##+ | Trojan Professional Service, 4410 Cerritos Ave., Los Alamitos, CA 90720-2549 |

TOTAL: 1 Undeliverable, 5 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor LakeView Loan Servicing LLC bnicholas@kmllawgroup.com |
| Brian C Nicholas | on behalf of Creditor M & T Bank bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor LakeView Loan Servicing LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor LakeView Loan Servicing LLC bkgroup@kmllawgroup.com |
| Michael Patrick Farrington | on behalf of Creditor LakeView Loan Servicing LLC mfarrington@kmllawgroup.com |
| Tullio DeLuca | on behalf of Debtor 1 Latasha S. Calloway tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Latasha S. Calloway<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–4404<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:20–bk–00681–MJC | |

# Order of Discharge                                                                 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

      Latasha S. Calloway
      aka Latasha Shereece Calloway, aka Latasha
      Calloway

**By the court:**

_5/4/23_

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**