Undeliverable Address:
Trojan Professional Service
4410 Cerritos Ave.
Los Alamitos, CA 90720

Role type/cr id: 5305135
Reason Undeliverable: FORWARDING ADDRESS WITH USPS: 11075 KNOTT AVE STE A, CYPRESS CA 90630-5150 FORWARDING ORDER HAS EXPIRED
THE UPDATED ADDRESS IS:

11045 Knott Ave STE A
Cypress, CA 90630-5150

_____      5/12/2023
Signature of Debtor or Debtor's Attorney     Date

**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification.
Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.**

📄 B_P520006813180W0336.PDF
14.8kB