U.S. Bankruptcy Court, Middle District of Pennsylvania - Undeliverable Notice, In re: Latasha S. Calloway, Case Number: 20-00681, MJC, Ref: [p-194077051]

From: usbankruptcycourts@noticingcenter.com
To:    tullio.deluca@verizon.net
Date:  Friday, May 5, 2023 at 12:35 PM EDT

Notice of Undeliverable Mail to Debtor/Debtor's Attorney

May 6, 2023

From: United States Bankruptcy Court, Middle District of Pennsylvania

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
    In re: Latasha S. Calloway, Case Number 20-00681, MJC

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court**
**Max Rosenn U.S. Courthouse**
**197 South Main Street**
**Wilkes-Barre, PA 18701**

Undeliverable Address:
Freedom Mortgage Corporation

Role type/cr id: cr
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:

951 Yamato Road
Boca Raton, FL 33431

Case 5:20-bk-00681-MJC    Doc 83    Filed 06/02/23    Entered 06/02/23 15:28:42    Desc
Main Document      Page 1 of 2

Undeliverable Address:
Trojan Professional Service
4410 Cerritos Ave.
Los Alamitos, CA 90720

Role type/cr id: 5305135
Reason Undeliverable: FORWARDING ADDRESS WITH USPS: 11075 KNOTT AVE STE A, CYPRESS CA 90630-5150 FORWARDING ORDER HAS EXPIRED
THE UPDATED ADDRESS IS:

11075 Knott Ave STE A
Cypress, CA 90630-5150

_Cee dele_           5/12/2023

Signature of Debtor or Debtor's Attorney        Date

**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification.
Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.**

B_P520006813180W0336.PDF
14.8kB