U.S. Bankruptcy Court, Middle District of Pennsylvania - Returned Mail Notice, In re: Latasha S. Calloway, Case Number: 20-00681, MJC, Ref: [p-198300974]

From: USBankruptcyCourts@noticingcenter.com (usbankruptcycourts@noticingcenter.com)

To: tullio.deluca@verizon.net

Date: Wednesday, August 2, 2023 at 04:10 PM EDT

Notice of Returned Mail to Debtor/Debtor's Attorney

August 2, 2023

From: United States Bankruptcy Court, Middle District of Pennsylvania

Re: U.S. Courts, Bankruptcy Noticing Center - Returned Mail Notice

In re: Latasha S. Calloway, Case Number 20-00681, MJC

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The bankruptcy court, through its Bankruptcy Noticing Center (BNC), attempted to mail the attached document to the recipient(s) listed below. However, the document was returned to the BNC as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.

**IMPORTANT**: THIS FORM MAY BE USED TO CHANGE A CREDITOR'S ADDRESS **ONLY IF** YOU LISTED THE CREDITOR IN YOUR SCHEDULES PREVIOUSLY. YOU CANNOT USE THIS FORM TO ADD A NEW CREDITOR.

Please confirm with the bankruptcy court whether this form may be used in place of filing a separate notice of change of address and/or an amended schedule. If so, please: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court**
**Max Rosenn U.S. Courthouse**
**197 South Main Street**
**Wilkes-Barre, PA 18701**

Notice Recipient's Address on Envelope Returned to the Bankruptcy Noticing Center:

Fedloan Servicing
P.O. Box 69184
Harrisburg, PA 17106-9184

THE UPDATED ADDRESS IS:

Fedloan Servicing
1200 N 7th St
Harrisburg, PA 17102

_____    8/3/2023
Signature of Debtor or Debtor's Attorney       Date

The Bankruptcy Noticing Center does not respond to messages regarding returned mail notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.

R_P520006813180W0336.PDF
14.8kB